JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
Scott A. Young II;
1 Citizen of This State;
**County of Residence:** Boone County

Additional Plaintiff(s):
Corey Bowne ;
1 Citizen of This State;

**Defendant(s):**

First Listed Defendant:
Flagstar Bank, FSB ;
2 Citizen of Another State; Michigan
**County of Residence:** Outside This District

Additional Defendants(s):
Flagstar Bank, Inc. ;
5 Incorporated and Principal Place of Business in Another State; Michigan

**County Where Claim For Relief Arose:** Boone County

**Plaintiff's Attorney(s):**

**Defendant's Attorney(s):**
A. Michelle Canter ( Flagstar Bank, FSB)
Bradley Arant Boult Cummings LLP
4720 Peachtree Industrial Blvd
Norcross, Georgia 30071
**Phone:** 2055218650
**Fax:** 2055218800
**Email:** mcanter@bradley.com

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)
 **Plaintiff:** 1 Citizen of This State
 **Defendant:** 2 Citizen of Another State

**Origin:** 2. Removed From State Court
 **State Removal County:** Boone County
 **State Removal Case Number:** 17BA-CV02473
**Nature of Suit:** 190 All Other Contract Actions
**Cause of Action:** 28 U.S.C. 1332; 28 U.S.C. 1441
**Requested in Complaint**
 **Class Action:** Not filed as a Class Action
 **Monetary Demand (in Thousands):** 324

Case 2:17-cv-04154-NKL   Document 1-2   Filed 08/18/17   Page 1 of 2

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** A. Michelle Canter

**Date:** 8/18/17

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.